Rev. 11/2020

# UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF COLUMBIA

ZING HEALTH, INC., ET AL

        Plaintiff

        vs.

DEPARTMENT OF HEALTH AND
HUMAN SERVICES, ET AL

        Defendant

Civil No.          25-4147    (RBW)

Category  C

## REASSIGNMENT OF CIVIL CASE

The above-entitled case was reassigned on  03/19/2026  from Judge Christopher R. Cooper

to  Judge Reggie B. Walton  by direction of the Calendar Committee.

(Case Related)

JUDGE RUDOLPH CONTRERAS

Chair, Calendar and Case
Management Committee

cc:    Judge Christopher R. Cooper   & Courtroom Deputy

       Judge Reggie B. Walton   & Courtroom Deputy
Liaison, Calendar and Case Management Committee